

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Siavash Rastaghi, Appellant

No. 06-20-00055-CV         v.

GEICO County Mutual Insurance
Company, Appellee

Appeal from the County Court at Law No. 1 of Collin County, Texas (Tr. Ct. No. 001-03031-2019). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Siavash Rastaghi, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 3, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk